UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MARSHA G. LOGAN** | **CIVIL ACTION NO. 16-0705** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the instant complaint is hereby **DISMISSED WITHOUT PREJUDICE**. See Fed.R.Civ.P. 4(m); LR 41.3W.

**THUS DONE AND SIGNED**, in chambers, this 24th day of January, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE